BRYAN D. SCHRODER
Acting United States Attorney

JOHN A. FONSTAD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
John.Fonstad@usdoj.gov
Alaska Bar 1401005

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF ALASKA

| | | |
|---|---|---|
| BRUCE STEPHEN WARD, | ) | Case No.3:15-cv-0188 HRH |
| Plaintiff, | ) | (Consolidated w 3:15-cv-0261 HRH |
| vs. | ) | 3:16-cv-019 HRH; 3:16-cv-020 HRH) |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | **STIPULATION OF DISMISSAL** |
| | | **(CLAIMS OF JERRY JONES)** |

AMANDA NOYAKUK,
      Plaintiff,
    vs.
UNITED STATES OF AMERICA
      Defendant.

ROBIN WARFIELD, PR Estate of
Rhonda Winterburn,
      Plaintiff,
    vs.
UNITED STATES OF AMERICA
      Defendant.

JERRY JONES,
      Plaintiff,
    vs.
UNITED STATES OF AMERICA
      Defendant.

Plaintiff Jerry Jones and the Defendant, via undersigned counsel, stipulate that all claims asserted or could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED on June 16, 2017.

KAREN L. LOEFFLER
United States Attorney


s/John A. Fonstad
Assistant U.S. Attorney
Attorney for Defendant United States


CROWSON LAW OFFICES


s/Tim Twomey (consent)
Attorney for Plaintiff


**CERTIFICATE OF SERVICE**
I hereby certify that on June 16, 2017,
a copy of the foregoing Stipulation of
Dismissal was served via the ECF system on:

Tim Twomey, Esq. (Crowson Law Offices)

s/ John A. Fonstad
Assistant U. S. Attorney

*Bruce Stephen Ward v. U.S.*                2
3:15-cv-0188 HRH (Consolidated)